No. 00-8759. POLK *v.* LINDSEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 00-8762. STEWART *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00-8768. COLVIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 00-8778. DELGADO *v.* NEW YORK CITY BOARD OF EDUCATION, OFFICE OF SCHOOL FOOD AND NUTRITION SERVICES. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. 

No. 00-8781. TREVINO MUNGIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 00-8782. ROGERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 00-8785. JONES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 00-8787. LOEBLEIN *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied. 

No. 00-8793. PITTMAN *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied. 

No. 00-8795. BURNES *v.* CLINTON, FORMER PRESIDENT OF THE UNITED STATES, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 00-8796. MCCALL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 00-8797. MULDROW *v.* LAKE CITY POLICE DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied. 

No. 00-8802. WARE *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00-8803. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.